# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 30, 2020

**Before**

DIANE P. WOOD, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 20-1443

| | |
|---|---|
| CHRISTINE BRYANT, | Appeal from the United States District |
|      *Plaintiff-Appellee,* | Court for the Northern District of Illinois, |
|   *v.* | Eastern Division. |
| | |
| COMPASS GROUP USA, INC., | No. 19 C 6622 |
|      *Defendant-Appellant.* | |
| | Virginia M. Kendall, |
| | *Judge.* |

**O R D E R**

Defendant-Appellant Compass Group, Inc., filed a petition for rehearing and rehearing en banc on May 19, 2020. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all of the judges on the panel have voted to deny rehearing, but to amend the opinion as follows, on page 16 of the slip opinion, to add two new sentences after the first sentence under heading II.D.:

"Bryant's claim under section 15(a) is a separate matter. Importantly, Bryant alleged only a claim under the provision of that section requiring development of a "written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information," not under the provision requiring compliance with the established retention schedule and destruction guidelines. Our analysis is thus limited to the theory she invoked. Section 15(a) obligates private entities … ."

With this amendment, the petition for rehearing and rehearing en banc is DENIED.